UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANGELA NAGGIE**,

Plaintiff,

v.

**CITY OF SAN FRANCISCO, ET AL.**,

Defendants.

Case No. 16-cv-05767-YGR

**ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE CASE MANAGEMENT STATEMENT**

Plaintiff initiated this action on October 6, 2016. (Dkt. No. 1.) On October 7, 2016, the Court set a case management conference for January 9, 2017. The Court also indicated that the parties must file a case management statement by January 2, 2017. As of today, plaintiff has not filed such statement, in contravention to the Court's scheduling order, the Local Rules of this District, and the Court's Standing Order.[1]

Plaintiff is hereby **ORDERED TO SHOW CAUSE** explaining why her case should not be dismissed for failure to prosecute. The Court **SETS** a hearing on this Order for **Friday, January 20, 2017** at **9:01 a.m.** in the Federal Building, 1301 Clay Street, Oakland, California, Courtroom 1. By January 13, 2017, plaintiff shall file a statement explaining her failure to file a case management statement. If the Court is satisfied with plaintiff's submission, the Court may vacate the hearing on this Order and plaintiff need not appear. Otherwise, plaintiff must appear personally at the hearing and telephonic appearances will not be permitted.

The Court further **VACATES** the case management conference currently set for January 9, 2017.

**IT IS SO ORDERED.**

Dated: January 4, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court also notes that plaintiff has yet to serve defendants in this action.