# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**ANGELA NAGGIE,**

      Plaintiff**,**

      vs.

**CITY OF SAN FRANCISCO, ET AL.,**

      Defendants**.**

CASE NO. 16-cv-05767-YGR

**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE**

The parties are scheduled for a case management conference on July 17, 2017. The parties have failed to file a Joint Case Management Conference as required by the Local Rules.

"Unless otherwise ordered, no later than the date specified in Fed. R. Civ. P. 26(f), counsel must file a Joint Case Management Statement . . . ," namely 7 days before the conference. Civil L.R. 16-9(a).

"Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $200 each for failure to file a Joint Case Management Statement in a timely manner.

A hearing on this Order to Show Cause will be held on **Monday, July 24, 2017,** on the Court's **2:01 p.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Monday, July 17, 2017**, the parties must file either (i) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities and an explanation for their failure to comply with the Local Rules in the first instance; or (ii) a joint statement explaining their failure to comply. If the Court is

satisfied with the parties' response, the parties need not appear and the hearing on this Order to Show Cause will be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for July 17, 2017 is CONTINUED to **July 24, 2017, at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: July 11, 2017

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**