UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA NAGGIE,<br>　　　　Plaintiff.<br>　　v.<br>CITY OF SAN FRANCISCO, et al.,<br>　　　　Defendants. | Case No. 16-cv-05767-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on September 29, 2017, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **October 27, 2017, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on September 29, 2017, for failure to prosecute, and for failure to comply with the Court's Order of August 3, 2017. A further case management conference is also scheduled for **October 27, 2017**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: October 2, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge