UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA NAGGIE,<br><br>    Plaintiff.<br><br>  v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 16-cv-05767-JCS<br><br>**ORDER TO SHOW CAUSE** |

IT IS HEREBY ORDERED that Plaintiff appear on **February 16, 2018, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's for failure to prosecute.

IT IS SO ORDERED.

Dated: January 10, 2018

_____

JOSEPH C. SPERO
Chief Magistrate Judge